## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | **4:24CR3006** |
| | ) | |
| vs. | ) | |
| | ) | |
| **TIMOTHY HUISMAN,** | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Unopposed Motion to Continue Trial [22]. Counsel states that defendant requires more time to prepare for trial and evaluate defendant's possible mitigation/plea agreement issues. For good cause shown,

**IT IS ORDERED** that the Motion to Continue Trial [22] is granted, as follows:

1. The jury trial now set for April 30, 2024, is continued to **August 6, 2024.**

2. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial. Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and August 6, 2024**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act. Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

3. The parties are advised that any additional requests for a continuance of a trial date will require a conference with the undersigned magistrate judge.

**DATED: April 19, 2024.**

                **BY THE COURT:**

                **s/ Jacqueline M. DeLuca**
                **United States Magistrate Judge**